UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CR-183-BO-3

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | |
| MORRIS EDWARD BRIDGERS, ) | |
| Defendant. ) | |
| ) | |

Upon motion of the defendant, it is hereby ORDERED that Docket Entry No. 72 be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the Unites States Attorney and the defendant's attorney.

This the 31 day of January, 2014

TERRENCE W. BOYLE
United States District Judge