IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-183-3-BO
No. 5:15-CV-353-BO

| | |
|---|---|
| MORRIS EDWARD BRIDGERS ) | |
| ) | |
| Petitioner, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Respondent. ) | |

This matter is before the Court on petitioner's pro se "motion pursuant to petition for a timely notice of appeals." [DE 160]. Though styled as a motion, the Court construes petitioner's filing as a notice of appeal of judgment entered January 19, 2016. The clerk is DIRECTED to docket petitioner's filing as a timely notice of appeal filed February 1, 2016.

SO ORDERED, this 4 day of February, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE